1

2

3                            UNITED STATES OF AMERICA
                         WESTERN DISTRICT OF WASHINGTON
4                                   AT SEATTLE

5    MCGINN FAMILY LAND TRUST, et al,

6                 Appellants,                          Case No. C05-1602P

7    v.

8    JP MORGAN CHASE BANK, et al,                      MINUTE ORDER

9
                  Appellees.
10

11

12          The following minute order is made by the direction of the court, the Honorable Marsha J.

13   Pechman:

14          This case is reassigned to the Honorable Ricardo S. Martinez, as related to C05-1507RSM.

15          All future pleadings filed in the case should reflect the change in the caption: C05-1602RSM.

16

17          Filed and entered this 28th day of September, 2005.

18

19

20                                         BRUCE RIFKIN, Clerk

21                                    By    Eileen Scollard

22                                           Deputy Clerk

23

24

25

26
     MINUTE ORDER