UNITED STATES OF AMERICA
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MCGINN FAMILY LAND TRUST, et al, <br><br> Appellants, <br><br> v. <br><br> JP MORGAN CHASE BANK, et al, <br><br> Appellees. | Case No. C05-1602P <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

This case is reassigned to the Honorable Ricardo S. Martinez, as related to C05-1507RSM.

All future pleadings filed in the case should reflect the change in the caption: C05-1602RSM.

Filed and entered this 28th day of September, 2005.

BRUCE RIFKIN, Clerk

By   Eileen Scollard

Deputy Clerk

MINUTE ORDER